**Joe DYER, Appellant, v. STATE, Appellee.**
**No. 25395.**

Court of Criminal Appeals of Texas.
June 20, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is theft; the punishment, two years' confinement in the penitentiary.

Accompanying the record is an affid .vit in proper form executed by appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

**JOHNSON v. STATE.**
**No. 25293.**

Court of Criminal Appeals of Texas.
June 6, 1951.

See also 153 Tex.Cr.R. 619, 224 S.W.2d 240.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of burglary and his punishment assessed at 12 years in the penitentiary.

It appears by proper proof that after perfecting his appeal to this court appellant escaped from jail. It follows that this court is without jurisdiction to do other than dismiss the appeal.

The appeal is therefore dismissed.

Opinion approved by the Court.